Julius Kafka, Doing Business under the Firm Name and Style of Borough Paper Company, Appellant, v. The Chesapeake Paperboard Co., Respondent. — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

Rose Krulewitch, as Committee of the Person and Property of Walter E. Krulewitch, an Incompetent, Respondent, v. New York Life Insurance Company, Appellant. — Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

Henry McCusker and Others, Appellants, Respondents, v. Jamaica Buses, Inc., Respondent, Appellant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals and for a stay denied as unnecessary. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

Bessie Ruddy, Respondent, v. Putnam Theatrical Corporation, Appellant, and Another, Defendant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

M. Samuel & Sons, Inc., Appellant, v. Herbert H. Wurzler and Others, Respondents. — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

Herman Sandman, Appellant, v. Frank W. Ketcham and Others, Defendants; Title Guarantee and Trust Company, Respondent. — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

William D. Stewart and Others, Respondents, v. First National Bank and Trust Company of Highland Falls, First National Bank in Highland Falls, L. D. Worsham and Others, as Trustees under a Certain Trust Agreement, and George S. Nichols, as Conservator of Said First National Bank in Highland Falls, Appellants, George W. Blanchard and Another, Respondents, and Others, Defendants. — Motion to resettle order dated June 7, 1937, denied, with ten dollars costs. [See 251 App. Div. 831.] Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

Samuel Stock and Another, Respondents, v. Elrub Realty Co., Inc., Appellant, and Louis Shulsky, Defendant. — Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.